RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

**E-filed 8/1/05**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THOMAS WINFORD,

    Plaintiffs,

vs.

GLOBAL PAYMENTS INC. a/k/a GLOBAL PAYMENTS CHECK RECOVERY SERVICES, INC. a/k/a GLOBAL PAYMENTS CHECK SERVICES, INC.,

    Defendant.

Case No.: C05-02228-JF

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

The parties have reached a settlement, therefore Plaintiff dismisses this action with prejudice.

/s/Ronald Wilcox                             7/25/05
Ronald Wilcox, Counsel for plaintiffs        Date

7/29/05 IT IS SO ORDERED.

Judge Jeremy Fogel
/s/electronic signature authorized
United States District Court